DANIEL J. BRODERICK
Federal Defender
BENJAMIN D. GALLOWAY, BAR #214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
BRENDA MECHE ALEXANDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRENDA MECHE ALEXANDER, ) <br> ) <br> Defendant. ) <br> _____ ) | No. 2:08-cr-00137-MCE <br><br> STIPULATION AND <br> ORDER TO CONTINUE STATUS <br> CONFERENCE <br><br> Date: June 12, 2008 <br> Time: 9:00 a.m. <br> Judge: Morrison C. England |

It is hereby stipulated and agreed to between the United States of America through MICHELLE RODRIGUEZ, Assistant U.S. Attorney, and defendant, BRENDA MECHE ALEXANDER by and though her counsel, BENJAMIN D. GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, May 15, 2008, be continued to Thursday, June 12, 2008 at 9:00 a.m.

This continuance is being requested because defense counsel requires additional time to review discovery, continue our investigation, and to interview our client and other witnesses.

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for June

/ / /

/ / /

1

12, 2008 pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: May 6, 2008

                                  Respectfully submitted,

                                  DANIEL J. BRODERICK
                                  Federal Defender

                                  /S/ BENJAMIN D. GALLOWAY
                                  _____
                                  BENJAMIN D. GALLOWAY
                                  Assistant Federal Defender
                                  Attorney for Defendant
                                  BRENDA MECHE ALEXANDER

DATED: May 6, 2008

                                  McGREGOR W. SCOTT
                                  United States Attorney

                                  /s/ Benjamin D. Galloway for
                                  _____
                                  MICHELLE RODRIGUEZ
                                  Assistant U.S. Attorney

_____O R D E R

    IT IS SO ORDERED.

Dated: May 7, 2008

                                  _____
                                  MORRISON C. ENGLAND, JR.
                                  UNITED STATES DISTRICT JUDGE