```
DANIEL J. BRODERICK, Bar# 89424
Federal Defender
BENJAMIN D. GALLOWAY, Bar# 214897
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700


Attorney for Defendant
BRENDA MECHE ALEXANDER
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                   )<br>            Plaintiff,             )<br>                                   )<br>      v.                           )<br>                                   )<br> BRENDA MECHE ALEXANDER,            )<br>                                   )<br>            Defendant.             )<br>_____) | No. 2:08-cr-00137-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: July 3, 2008<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHELLE RODRIGUEZ, Assistant U.S. Attorney, and defendant, BRENDA MECHE ALEXANDER by and through his counsel, BENJAMIN GALLOWAY, Assistant Federal Defender, that the status conference set for Thursday, July 3, 2008 be continued to Thursday, July 24, 2008 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

///

1 | Speedy trial time is to be excluded from the date of this order
2 | through the date of the status conference set for July 24, 2008
3 | pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to
4 | prepare] (Local Code T4).

DATED: July 1, 2008          Respectfully submitted,
                             DANIEL J. BRODERICK
                             Federal Defender

                             /S/ Benjamin Galloway
                             BENJAMIN GALLOWAY
                             Assistant Federal Defender
                             Attorney for Defendant
                             BRENDA MECHE ALEXANDER


DATED: July 1, 2008          McGREGOR W. SCOTT
                             United States Attorney


                             /s/ Ben Galloway for Michelle Rodriquez
                             MICHELLE RODRIGUEZ
                             Assistant U.S. Attorney
                             Attorney for Plaintiff

**2**

**O R D E R**

**IT IS SO ORDERED.**  Time is excluded from today's date through and including July 24, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: July 2, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE