DANIEL J. BRODERICK, Bar# 89424
Federal Defender
LINDA C. HARTER, Bar #179741
Chief Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
BRENDA MECHE ALEXANDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>                              )<br>            Plaintiff,        )<br>                              )<br>       v.                     )<br>                              )<br> BRENDA MECHE ALEXANDER,       )<br>                              )<br>            Defendant.        )<br> _____ ) | No. 2:08-cr-00137-MCE<br><br>**STIPULATION AND ORDER**<br><br>DATE: July 24, 2008<br>TIME: 9:00 a.m.<br>JUDGE: Hon. Morrison C. England Jr. |

It is hereby stipulated and agreed to between the United States of America through MICHELLE RODRIGUEZ, Assistant U.S. Attorney, and defendant, BRENDA MECHE ALEXANDER by and through her counsel, LINDA C. HARTER, Chief Assistant Federal Defender, that the status conference set for Thursday, July 24, 2008 be continued to Thursday, August 21, 2008 at 9:00 a.m.

The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

///

///

Speedy trial time is to be excluded from the date of this order through the date of the status conference set for August 21, 2008 pursuant to 18 U.S.C. §§ 3161 (h)(8)(B)(iv) [reasonable time to prepare] (Local Code T4).

DATED: July 23, 2008            Respectfully submitted,
                                DANIEL J. BRODERICK
                                Federal Defender

                                /S/ Linda C. Harter
                                LINDA C. HARTER
                                Chief Assistant Federal Defender
                                Attorney for Defendant
                                BRENDA MECHE ALEXANDER


DATED: July 23, 2008            McGREGOR W. SCOTT
                                United States Attorney

                                /s/ Linda C. Harter for Michelle Rodriquez
                                MICHELLE RODRIGUEZ
                                Assistant U.S. Attorney
                                Attorney for Plaintiff

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including August 21, 2008 in the interests of justice pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated: August 7, 2008

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

**2**