PHILIP COZENS, SBN# 84051

1007 7th Street, Suite 500
Sacramento, California 95814
Telephone: (916)443-1504
Fax: (916) 443-1511

Attorney for Defendant BRENDA MECHE ALEXANDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRENDA MECHE ALEXANDER,<br><br>Defendant | Case No.: 2:08-CR-0137 MCE<br><br>STIPULATION AND ORDER TO CONTINUE HEARING<br><br>Date:   October 9, 2008<br>Time:   9:00 a.m.<br>Judge:  Hon. Morrison C. England, Jr.. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for October 9, 2008 at 9:00 a.m. be continued to November 6, 2008 at 9:00a.m.in the same courtroom. Michelle Rodriguez, Assistant United States Attorney, and Philip Cozens, Defendant's attorney, are requesting such continuance for further defense attorney preparation.

It is further stipulated that Defendant need not appear in Court on October 9, 2008, but must appear on November 6, 2008.

It is further stipulated that the period from the date of this stipulation through and including November 6, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

- 1 -

PDF created with pdfFactory trial version www.pdffactory.com

- 2 -

1     **IT IS SO STIPULATED.**

2   DATED: October 7, 2008                 By:   /s/ Philip Cozens
3                                                PHILIP COZENS
4                                                Attorney for Defendant
                                               BRENDA ALEXANDER

5
6   DATED: October 7, 2008                 McGREGOR W. SCOTT
                                             United States Attorney

7                                                By:   /s/Michelle Rodriguez
8                                                MICHELLE RODRIGUEZ
                                               Assistant U.S. Attorney

9

10

11

12
                              **IT IS SO ORDERED.**
13

14   DATED: October 7, 2008

15                                   _____
16                                   MORRISON C. ENGLAND, JR
                                  UNITED STATES DISTRICT JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

PDF created with pdfFactory trial version www.pdffactory.com