PHILIP COZENS, SBN# 84051

1007 7th Street, Suite 500
Sacramento, California  95814
Telephone:  (916)443-1504
Fax:  (916) 443-1511

Attorney for Defendant BRENDA  MECHE ALEXANDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> BRENDA MECHE ALEXANDER, ) <br> ) <br> Defendant ) <br> ) | Case No.: 2:08-CR-0137 MCE <br><br> STIPULATION AND ORDER TO <br> CONTINUE HEARING <br><br> Date:    November 6, 2008 <br> Time:    9:00 a.m. <br> Judge:   Hon. Morrison C. England, Jr.. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Status Conference scheduled for November 6, 2008 at 9:00 a.m. be continued to December 18, 2008 at 9:00a.m.in the same courtroom. Michelle Rodriguez, Assistant United States Attorney, and Philip Cozens, Defendant's attorney, are requesting such continuance for further defense attorney preparation.

It is further stipulated that Defendant need not appear in Court on November 6, 2008, but must appear on December 18, 2008.

It is further stipulated that the period from the date of this stipulation through and including December 18, 2008, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

- 2 -

**IT IS SO STIPULATED.**

DATED: November 4, 2008					By:		/s/  Philip Cozens
											PHILIP COZENS
											Attorney for Defendant
											BRENDA ALEXANDER


DATED: November 4, 2008						McGREGOR W. SCOTT
											United States Attorney

									By:		/s/Michelle Rodriguez
											MICHELLE RODRIGUEZ
											Assistant U.S. Attorney


**ORDER**

IT IS SO ORDERED.

DATED: November 4, 2008

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE