| | |
|---|---|
| 1 | PHILIP COZENS, SBN# 84051 |
| 2 | 1007 7th Street, Suite 500<br>Sacramento, California 95814 |
| 3 | Telephone: (916)443-1504<br>Fax: (916) 443-1511 |
| 4 | Attorney for Defendant BRENDA MECHE ALEXANDER |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.: 2:08-CR-00137 MCE |
| Plaintiff, | ) ) ) | REVISED SCHEDULE FOR SENTENCING AND DISCLOSURE OF PRE-SENTENCE REPORT AND FOR FILING OF |
| vs. | ) ) | OBJECTIONS TO THE PRE-SENTENCE REPORT AND ORDER |
| BRENDA MECHE ALEXANDER, | ) ) | |
| Defendant | ) ) | |

Due to the unavailability of defense counsel, who is in trial in Placer County for an anticipated six or seven weeks further, defense counsel requests the sentencing date be moved to June 4, 2009. Michelle Rodriguez, Assistant United States Attorney, concurs with the new sentencing date.

Further, defense counsel submits a revised pre-sentence schedule. Michelle Rodriguez, Assistance United States Attorney, as well as Julie Fowler, United States Probation Officer, concur with this revised pre-sentence schedule.

Therefore, the following revised schedule is submitted to the court.

Judgment and sentencing date:                           June, 4, 2009

Motion for correction of the Pre-Sentence             May 28, 2009
Report shall be filed with the court and

- 1 -

| | |
|---|---|
| Opposing counsel no later than: | |
| The Pre-Sentence Report shall be filed with The court and disclosed to counsel no later than: | May 21, 2009 |
| Counsel's written objections to the Pre-Sentence Report shall be delivered to the Probation Officer and opposing counsel no later than: | May 14, 2009 |
| The Proposed Pre-Sentence Report shall be | April 30, 2009 |

Dated: March 25, 2009

Respectfully submitted,

/s/ Philip Cozens

_____

PHILIP COZENS
Attorney for Defendant
BRENDA MECHE ALEXANDER

    IT IS SO ORDERED.

DATED: March 31, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE