PHILIP COZENS, SBN# 84051

1007 7th Street, Suite 500
Sacramento, California  95814
Telephone:  (916)443-1504
Fax:  (916) 443-1511

Attorney for Defendant BRENDA  MECHE ALEXANDER

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br>BRENDA MECHE ALEXANDER,<br><br>Defendant | Case No.: 2:08-CR-0137 MCE<br><br>STIPULATION AND ORDER TO CONTINUE SENTENCING<br><br>Date:     June 4, 2009<br>Time:    9:00 a.m.<br>Judge:   Morrison C. England, Jr.. |

**IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the Sentencing hearing  scheduled for June 4, 2009 at 9:00 a.m. be continued to June 25, 2009 at 9:00a.m.in the same courtroom. Michelle Rodriguez, Assistant United States Attorney, and Philip Cozens, Defendant's attorney, are requesting such continuance due to the unavailability of defense counsel who is in trial in State Court.

It is further stipulated that Defendant need not appear in Court on June 4, 2009, but must appear on June 25, 2009.

It is further stipulated that the period from the date of this stipulation through and including June 25, 2009, be excluded in computing the time within which trial must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for continuity and preparation of counsel.

1 **IT IS SO STIPULATED.**

2 DATED: June 3, 2009                              By:         /s/  Philip Cozens
                                                                           PHILIP COZENS
3                                                                          Attorney for Defendant
                                                                           BRENDA ALEXANDER
4

5
  DATED: June 3, 2009                                                      LAWRENCE G. BROWN
6                                                                          United States Attorney

7                                                            By:           /s/Michelle Rodriguez
                                                                           MICHELLE RODRIGUEZ
8                                                                          Assistant U.S. Attorney

9

10

11

12

13                                    **IT IS SO ORDERED.**

14

15
  Dated: June 3, 2009
16

17  _____
                                        MORRISON C. ENGLAND, JR
18                                      UNITED STATES DISTRICT JUDGE