1  PHILIP COZENS, SBN# 84051

2  1007 7th Street, Suite 500
   Sacramento, California  95814
   Telephone:  (916)443-1504
3  Fax:  (916) 443-1511

4  Attorney for Defendant BRENDA  MECHE ALEXANDER

5

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,          )  Case No.: 2:08-CR-0137 MCE
                                       )
13              Plaintiff,             )  STIPULATION AND ORDER TO
                                       )  CONTINUE SENTENCING
14       vs.                           )
                                       )  Date:     June 25, 2009
15  BRENDA MECHE ALEXANDER,            )  Time:     9:00 a.m.
                                       )  Judge:    Morrison C. England, Jr..
16              Defendant              )
                                       )

17

18       **IT IS HEREBY STIPULATED BY AND AMONG ALL PARTIES** that the

19  Sentencing hearing  scheduled for June 25, 2009 at 9:00 a.m. be continued to July 30, 2009 at

20  9:00a.m.in the same courtroom. Michelle Rodriguez, Assistant United States Attorney, and

21  Philip Cozens, Defendant's attorney, are requesting such continuance due to the unavailability of

22  defense counsel who is in trial in State Court.

23       It is further stipulated that Defendant need not appear in Court on June 25, 2009, but must

24  appear on July 30, 2009.

25       It is further stipulated that the period from the date of this stipulation through and

26  including July 30, 2009, be excluded in computing the time within which trial must commence

27  under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4 for

28  continuity and preparation of counsel.

1

**IT IS SO STIPULATED.**

2   DATED:  June 24, 2009                          By:        /s/  Philip Cozens
                                                              PHILIP COZENS
3                                                             Attorney for Defendant
                                                              BRENDA ALEXANDER
4

5
    DATED:  June 24, 2009                                     LAWRENCE G.BROWN
6                                                             United States Attorney

7                                                  By:        /s/Michelle Rodriguez
                                                              MICHELLE RODRIGUEZ
8                                                             Assistant U.S. Attorney

9

10

11

12      **IT IS SO ORDERED.**

13   **DATED:** June 25, 2009

14

15      MORRISON C. ENGLAND, JR
        UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28